[No. 59724-8-I. Division One. January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY JOSEPH ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03761-0, Charles W. Mertel, J., entered March 8, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 59733-7-I. Division One. January 22, 2008.]

DON MOROZ ET AL., *Appellants*, v. TOLAN FURUSHO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-24462-1, Nicole MacInnes, J., entered March 13, 2007. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Ellington and Dwyer, JJ.

[No. 59834-1-I. Division One. January 22, 2008.]

JOHN VANWIERINGEN ET AL., *Appellants*, v. GARY LEIFESTE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-40588-1, Michael Heavey, J., entered April 6, 2007. *Reversed* by unpublished per curiam opinion.

[No. 59867-8-I. Division One. January 22, 2008.]

*In the Matter of the Marriage of* CANDIS RAE ANDREWS, *Respondent*, and JULES RAYMOND ANDREWS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-07615-9, Leonid Ponomarchuk, J. Pro Tem., entered March 23, 2007. *Affirmed* by unpublished per curiam opinion.